IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARRYL A. LYONS, | Case No. 1:21-cv-275 |
| Plaintiff | |
| v. | UNITED STATES MAGISTRATE JUDGE RICHARD A. LANZILLO |
| JOHN E. WETZEL, | |
| Defendant | ORDER TRANSFERRING CASE |

On October 5, 2021, Plaintiff, an individual currently incarcerated at the State Correctional Institution at Rockview (SCI-Rockview), commenced this action by filing a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 against John E. Wetzel, the former Secretary of the Pennsylvania Department of Corrections. ECF No. 1. Because he did not pay the filing fee or file a motion for leave to proceed *in forma pauperis*, Plaintiff's complaint has been lodged but not yet docketed.

From a review of the proposed complaint, it is apparent that Plaintiff's allegations pertain entirely to events that took place during his incarceration at SCI-Rockview. SCI-Rockview is located within Centre County, Pennsylvania, within the jurisdiction of the United States District Court for the Middle District of Pennsylvania. 28 U.S.C. § 1391(b) provides that:

> A civil action wherein jurisdiction is not founded solely on diversity of citizenship may, except as otherwise provided by law, be brought only in (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought.

Because it is evident from the complaint that the events at issue all occurred in the Middle District of Pennsylvania and that none of the parties or actors involved reside in the Western District of Pennsylvania, venue is improper in this district. Instead, this action should be transferred to the United States District Court for the Middle District of Pennsylvania. *See* 28 U.S.C. § 1404(a) ("For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought.").

Accordingly, IT IS HEREBY ORDERED that this case be transferred forthwith to the United States District Court for the Middle District of Pennsylvania pursuant to 28 U.S.C. §§ 1391(b) and 1404(a).

RICHARD A. LANZILLO<br>
United States Magistrate Judge

Date: November 4, 2021